UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| VINCENT P. WELLS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO. 1:07-CV-334 WL |
| vs. | ) |
| | ) |
| FORT WAYNE FOUNDRY, | ) |
| | ) |
| Defendant. | ) |

OPINION AND ORDER

Vincent P. Wells, Sr., a *pro se* prisoner, brings this personal injury lawsuit seeking $50,000 in damages. Claims based on personal injury are state law, not federal law, causes of action. Therefore, subject matter jurisdiction, it if exists at all, must be based on diversity.

> In order to support diversity jurisdiction under 28 U.S.C. sec. 1332, two basic requirements must be satisfied: (1) complete diversity of citizenship between the plaintiffs and the defendants and (2) the proper amount in controversy (more than $ 75,000).

*Neuma, Inc. v. AMP, Inc.*, 259 F.3d 864, 881 (7th Cir. 2001). Though the citizenship of the parties is not stated in the complaint, the amount in controversy is only $50,000. Therefore the court lacks subject matter jurisdiction over this case.

For the foregoing reasons, the court **DISMISSES** this case **WITHOUT PREJUDICE** for want of jurisdiction.

SO ORDERED.

ENTERED: January 2, 2008

s/William C. Lee
William C. Lee, Judge
United States District Court